206

**SAN JUAN TRADING COMPANY, Inc.**
v.
**The MEXICAN STEAMSHIP MAR-MEX etc. et al.**
No. 4747.

United States Court of Appeals
First Circuit.
April 12, 1954.

L. E. Dubon, San Juan, Puerto Rico, for appellant.

Francisco Castro Amy, San Juan, Puerto Rico (James R. Beverley and R. Castro Fernandez, San Juan, Puerto Rico, on brief), for appellees.

Before MAGRUDER, Chief Judge, and MARIS and WOODBURY, Circuit Judges.

PER CURIAM.

The decree of the District Court is affirmed on the opinion of Judge Ruiz-Nazario reported 1952, 107 F.Supp. 253.

**HILLCREA EXPORT & IMPORT CO., Inc., Bristol-King Co., Inc., and Bachrack Bros., Inc., Plaintiffs-Appellants, v. UNIVERSAL INSURANCE COMPANY, Defendant-Appellee.**
No. 216, Docket 22722.

United States Court of Appeals
Second Circuit.
Argued April 7, 1954.
Decided April 29, 1954.

Nathan, Mannheimer, Asche & Winer and Enrico S. Sanfilippo, New York City (Alfred B. Nathan, A. J. Asche, New York City, of counsel), for plaintiffs-appellants.

Bigham, Englar, Jones & Houston, New York City (Martin P. Detels, Vincent L. Leibell, Jr., New York City, of counsel), for defendant-appellee.

Before CHASE, Chief Judge, and SWAN and FRANK, Circuit Judges.

PER CURIAM.

It is clear that the judgment cannot be reversed unless findings of fact, especially those appearing in the appellants' appendix as Nos. 11 and 13, are set aside. These findings are supported by substantial evidence and the inferences drawn from the facts, being reasonable ones, are likewise supported. Consequently, no error has been shown.

Affirmed.